IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02581-CNS-SKC

EIGHTH DISTRICT ELECTRICAL PENSION FUND, *et al.*,

    Plaintiffs,

v.

SOLUTIONS MECHANICAL, LLC,

    Defendant.

_____

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**
_____

    Plaintiffs Eighth District Electrical Pension Fund, *et al*, by and through undersigned counsel, hereby dismiss all claims and causes of action asserted against Defendant Solutions Mechanical, LLC without prejudice on this 30th day of January 2023. Defendant has not filed an Answer, Motion for Summary Judgment, or otherwise responded to Plaintiffs' Complaint, and therefore Plaintiffs file this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 30, 2023                         Respectfully submitted,

                                                                   **BLAKE & UHLIG, P.A.**

                                                                   s/ *Eric C. Beckemeier*
                                                                   Eric C. Beckemeier
                                                                   475 New Brotherhood Building
                                                                   753 State Avenue
                                                                   Kansas City, Kansas 66101
                                                                   Telephone:   (913) 321-8884
                                                                   Facsimile:    (913) 321-2396
                                                                   ECB@blake-uhlig.com
                                                                   *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 30, 2023 the foregoing document was electronically filed, and a true and accurate copy of it was mailed via First Class U.S. Mail, postage prepaid, to the following parties:

Solutions Mechanical, LLC
11801 E. 33rd Ave., Suite A
Aurora, CO    80010

                                                s/ *Eric C. Beckemeier*
                                                Eric C. Beckemeier
                                                *Attorney for Plaintiffs*